**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lisa R. Wallis                         CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-14140 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Oct 2025, 18:57:10, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322