IES ENGINEERS, INC.
1720 WALTON ROAD
BLUE BELL PA 19422

LISA WALLIS
DEPARTMENT: 700
DD RECEIPT: 1364251193
EMPLOYEE ID: 3031



FEIN: 23-2654014
Pay Period  09/13/2025 - 09/26/2025
Pay Date    10/03/2025

FITWH    Filing Status: S   Additional: $10.00
PA       Filing Status: S   Exemptions: 4

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 44.00 | 2,728.85 | 1,460.00 | 90,548.12 |
| Hol |  |  |  | 48.00 | 2,976.91 |
| Sick |  |  |  | 12.00 | 744.23 |
| Vac |  | 36.00 | 2,232.69 | 116.00 | 7,194.26 |
| GTL |  |  | 15.68 |  | 313.60 |
| Person |  |  |  | 4.00 | 248.08 |
| **Total** |  | 80.00 | $4,977.22 | 1,640.00 | $102,025.20 |
| **Total Hours Worked** |  | 44.00 |  | 1,460.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 148.85 | 148.85 |
| 401kLoan | 144.65 | 2,893.00 |
| 401kLoan2 | 41.29 | 825.80 |
| Dent125 | 16.11 | 322.20 |
| HSA125SO | 50.00 | 50.00 |
| Life | 86.38 | 1,727.60 |
| LTD | 3.30 | 66.00 |
| MedPre | 23.76 | 475.20 |
| STD | 3.33 | 66.60 |
| Vision | 2.08 | 41.60 |
| **Total** | **$519.75** | **$6,616.85** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 678.70 | 13,112.70 |
| MED | 70.84 | 1,466.45 |
| SOC | 302.89 | 6,270.51 |
| PA | 149.50 | 3,095.23 |
| PAEUC | 3.47 | 71.14 |
| PAWHT | 48.70 | 1,008.30 |
| PAWHTL | 2.00 | 40.00 |
| **Total** | **$1,256.10** | **$25,064.33** |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4943 | $3,085.69 |
| DDCHK1 | XXXXXX2401 | $100.00 |
| **Net Pay** | **XXXXXX4943** | **$3,185.69** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick |  |  | 28.00 |
| Person |  |  | 12.00 |
| Vac |  |  | 52.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401k ER | 59.54 | 59.54 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

IES ENGINEERS, INC.
1720 WALTON ROAD
BLUE BELL PA 19422

Direct Deposit #  1364251193
Date              10/03/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **          VOID ** VOID **

100    DD

Pay to the
Order of

**LISA WALLIS**
30 GALBRAITH AVENUE
NORRISTOWN PA 19403

DIRECT DEPOSIT  $3,085.69
TO ACCOUNT #    XXXXXX4943
BANK #          XXXXXX6110

**N O N - N E G O T I A B L E**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

LISA WALLIS
DEPARTMENT: 700
DD RECEIPT: 1362793263
EMPLOYEE ID: 3031


Paycor
A Paychex® Company

FEIN: 23-2654014
Pay Period   08/30/2025 - 09/12/2025
Pay Date     09/19/2025

FITWH   Filing Status: S  Additional: $10.00
PA      Filing Status: S  Exemptions: 4

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 72.00 | 4,465.39 | 1,416.00 | 87,819.27 |
| Hol | | 8.00 | 496.15 | 48.00 | 2,976.91 |
| Sick | | | | 12.00 | 744.23 |
| Vac | | | | 80.00 | 4,961.57 |
| GTL | | | 15.68 | | 297.92 |
| Person | | | | 4.00 | 248.08 |
| **Total** | | 80.00 | $4,977.22 | 1,560.00 | $97,047.98 |
| **Total Hours Worked** | | 72.00 | | 1,416.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401kLoan | 144.65 | 2,748.35 |
| 401kLoan2 | 41.29 | 784.51 |
| Dent125 | 16.11 | 306.09 |
| Life | 86.38 | 1,641.22 |
| LTD | 3.30 | 62.70 |
| MedPre | 23.76 | 451.44 |
| STD | 3.33 | 63.27 |
| Vision | 2.08 | 39.52 |
| **Total** | **$320.90** | **$6,097.10** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 725.50 | 12,434.00 |
| MED | 71.56 | 1,395.61 |
| SOC | 305.99 | 5,967.62 |
| PA | 151.03 | 2,945.73 |
| PAEUC | 3.47 | 67.67 |
| PAWHT | 49.20 | 959.60 |
| PAWHTL | 2.00 | 38.00 |
| **Total** | **$1,308.75** | **$23,808.23** |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4943 | $3,231.89 |
| DDCHK1 | XXXXXX2401 | $100.00 |
| **Net Pay** | **XXXXXX4943** | **$3,331.89** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | | | 28.00 |
| Person | | | 12.00 |
| Vac | | | 88.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

IES ENGINEERS, INC.
1720 WALTON ROAD
BLUE BELL PA 19422

Direct Deposit #   1362793263
Date               09/19/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **                                           VOID ** VOID **

100   DD

Pay to the
Order of     **LISA WALLIS**
             30 GALBRAITH AVENUE
             NORRISTOWN PA 19403

DIRECT DEPOSIT  $3,231.89
TO ACCOUNT #    XXXXXX4943
BANK #          XXXXXX6110

**N O N - N E G O T I A B L E**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

**LISA WALLIS**
DEPARTMENT: 700
DD RECEIPT: 1361141526
EMPLOYEE ID: 3031



FEIN: 23-2654014
Pay Period   08/16/2025  -  08/29/2025
Pay Date     09/05/2025

FITWH    Filing Status: S   Additional: $10.00
PA       Filing Status: S   Exemptions: 4

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 76.00 | 4,713.46 | 1,344.00 | 83,353.88 |
| Hol |  |  |  | 40.00 | 2,480.76 |
| Sick |  |  |  | 12.00 | 744.23 |
| Vac |  |  |  | 80.00 | 4,961.57 |
| GTL |  |  | 15.68 |  | 282.24 |
| Person |  | 4.00 | 248.08 | 4.00 | 248.08 |
| **Total** |  | 80.00 | $4,977.22 | 1,480.00 | $92,070.76 |
| **Total Hours Worked** |  | 76.00 |  | 1,344.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401kLoan | 144.65 | 2,603.70 |
| 401kLoan2 | 41.29 | 743.22 |
| Dent125 | 16.11 | 289.98 |
| Life | 86.38 | 1,554.84 |
| LTD | 3.30 | 59.40 |
| MedPre | 23.76 | 427.68 |
| STD | 3.33 | 59.94 |
| Vision | 2.08 | 37.44 |
| **Total** | **$320.90** | **$5,776.20** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 725.50 | 11,708.50 |
| MED | 71.56 | 1,324.05 |
| SOC | 305.99 | 5,661.63 |
| PA | 151.03 | 2,794.70 |
| PAEUC | 3.47 | 64.20 |
| PAWHT | 49.20 | 910.40 |
| PAWHTL | 2.00 | 36.00 |
| **Total** | **$1,308.75** | **$22,499.48** |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4943 | $3,231.89 |
| DDCHK1 | XXXXXX2401 | $100.00 |
| **Net Pay** | **XXXXXX4943** | **$3,331.89** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick |  |  | 28.00 |
| Person |  |  | 12.00 |
| Vac |  |  | 88.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

Direct Deposit #   1361141526
Date   09/05/2025

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **      VOID ** VOID **

100   DD

Pay to the Order of

**LISA WALLIS**
30 GALBRAITH AVENUE
NORRISTOWN PA 19403

DIRECT DEPOSIT  $3,231.89
TO ACCOUNT #    XXXXXX4943
BANK #          XXXXXX6110

**NON-NEGOTIABLE**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

**LISA WALLIS**
DEPARTMENT: 700
DD RECEIPT: 1359736244
EMPLOYEE ID: 3031

**Paycor**
A Paychex® Company

FEIN: 23-2654014
Pay Period   08/02/2025  -  08/15/2025
Pay Date     08/22/2025

FITWH   Filing Status: S   Additional: $10.00
PA      Filing Status: S   Exemptions: 4

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 80.00 | 4,961.54 | 1,268.00 | 78,640.42 |
| Hol |  |  |  | 40.00 | 2,480.76 |
| Sick |  |  |  | 12.00 | 744.23 |
| Vac |  |  |  | 80.00 | 4,961.57 |
| GTL |  |  | 15.68 |  | 266.56 |
| **Total** |  | 80.00 | $4,977.22 | 1,400.00 | $87,093.54 |
| **Total Hours Worked** |  | 80.00 |  | 1,268.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401kLoan | 144.65 | 2,459.05 |
| 401kLoan2 | 41.29 | 701.93 |
| Dent125 | 16.11 | 273.87 |
| Life | 86.38 | 1,468.46 |
| LTD | 3.30 | 56.10 |
| MedPre | 23.76 | 403.92 |
| STD | 3.33 | 56.61 |
| Vision | 2.08 | 35.36 |
| **Total** | **$320.90** | **$5,455.30** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 725.50 | 10,983.00 |
| MED | 71.56 | 1,252.49 |
| SOC | 305.99 | 5,355.64 |
| PA | 151.03 | 2,643.67 |
| PAEUC | 3.47 | 60.73 |
| PAWHT | 49.20 | 861.20 |
| PAWHTL | 2.00 | 34.00 |
| **Total** | **$1,308.75** | **$21,190.73** |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4943 | $3,231.89 |
| DDCHK1 | XXXXXX2401 | $100.00 |
| **Net Pay** | **XXXXXX4943** | **$3,331.89** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick |  |  | 28.00 |
| Person |  |  | 16.00 |
| Vac |  |  | 88.00 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

Direct Deposit #   1359736244
Date               08/22/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

100   DD

Pay to the
Order of

**LISA WALLIS**
30 GALBRAITH AVENUE
NORRISTOWN PA 19403

DIRECT DEPOSIT  $3,231.89
TO ACCOUNT #    XXXXXX4943
BANK #          XXXXXX6110

**N O N - N E G O T I A B L E**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

**LISA WALLIS**
DEPARTMENT: 100
DD RECEIPT: 1358189961
EMPLOYEE ID: 3031



FEIN: 23-2654014
Pay Period  07/19/2025 - 08/01/2025
Pay Date    08/08/2025

FITWH    Filing Status: S   Additional: $10.00
PA       Filing Status: S   Exemptions: 4

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 80.00 | 4,961.54 | 1,188.00 | 73,678.88 |
| Hol |  |  |  | 40.00 | 2,480.76 |
| Sick |  |  |  | 12.00 | 744.23 |
| Vac |  |  |  | 80.00 | 4,961.57 |
| GTL |  |  | 15.68 |  | 250.88 |
| **Total** |  | 80.00 | $4,977.22 | 1,320.00 | $82,116.32 |
| **Total Hours Worked** |  | 80.00 |  | 1,188.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401kLoan | 144.65 | 2,314.40 |
| 401kLoan2 | 41.29 | 660.64 |
| Dent125 | 16.11 | 257.76 |
| Life | 86.38 | 1,382.08 |
| LTD | 3.30 | 52.80 |
| MedPre | 23.76 | 380.16 |
| STD | 3.33 | 53.28 |
| Vision | 2.08 | 33.28 |
| **Total** | **$320.90** | **$5,134.40** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 725.50 | 10,257.50 |
| MED | 71.56 | 1,180.93 |
| SOC | 305.99 | 5,049.65 |
| PA | 151.03 | 2,492.64 |
| PAEUC | 3.47 | 57.26 |
| PAWHT | 49.20 | 812.00 |
| PAWHTL | 2.00 | 32.00 |
| **Total** | **$1,308.75** | **$19,881.98** |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4943 | $3,281.89 |
| DDCHK1 | XXXXXX2401 | $50.00 |
| **Net Pay** | **XXXXXX4943** | **$3,331.89** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick |  |  | 28.00 |
| Person |  |  | 16.00 |
| Vac |  |  | 88.00 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**IES ENGINEERS, INC.**
1720 WALTON ROAD
BLUE BELL PA 19422

Direct Deposit #  1358189961
Date  08/08/2025

Pay this Amount

**\*\* NON-NEGOTIABLE \*\* DIRECT DEPOSIT RECEIPT \*\***      VOID \*\* VOID \*\*

100   DD

Pay to the Order of

**LISA WALLIS**
30 GALBRAITH AVENUE
NORRISTOWN PA 19403

DIRECT DEPOSIT  $3,281.89
TO ACCOUNT #    XXXXXX4943
BANK #          XXXXXX6110

**NON-NEGOTIABLE**