IES ENGINEERS, INC.
1720 WALTON ROAD
BLUE BELL PA 19422

LISA WALLIS
DEPARTMENT: 100
DD RECEIPT: 1365926593
EMPLOYEE ID: 3031



FEIN: 23-2654014
Pay Period  09/27/2025 - 10/10/2025
Pay Date  10/17/2025

FITWH    Filing Status: S  Additional: $10.00
PA       Filing Status: S  Exemptions: 4

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 80.00 | 4,961.54 | 1,540.00 | 95,509.66 |
| Hol |  |  |  | 48.00 | 2,976.91 |
| Sick |  |  |  | 12.00 | 744.23 |
| Vac |  |  |  | 116.00 | 7,194.26 |
| GTL |  |  | 15.68 |  | 329.28 |
| Person |  |  |  | 4.00 | 248.08 |
| Total |  | 80.00 | $4,977.22 | 1,720.00 | $107,002.42 |
| Total Hours Worked |  | 80.00 |  | 1,540.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 148.85 | 297.70 |
| 401kLoan | 144.65 | 3,037.65 |
| 401kLoan2 | 41.29 | 867.09 |
| Dent125 | 16.11 | 338.31 |
| HSA125SO | 50.00 | 100.00 |
| Life | 86.38 | 1,813.98 |
| LTD | 3.30 | 69.30 |
| MedPre | 23.76 | 498.96 |
| STD | 3.33 | 69.93 |
| Vision | 2.08 | 43.68 |
| Total | $519.75 | $7,136.60 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 678.70 | 13,791.40 |
| MED | 70.84 | 1,537.29 |
| SOC | 302.89 | 6,573.40 |
| PA | 149.50 | 3,244.73 |
| PAEUC | 3.47 | 74.61 |
| PAWHT | 48.70 | 1,057.00 |
| PAWHTL | 2.00 | 42.00 |
| Total | $1,256.10 | $26,320.43 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4943 | $3,085.69 |
| DDCHK1 | XXXXXX2401 | $100.00 |
| Net Pay | XXXXXX4943 | $3,185.69 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick |  |  | 28.00 |
| Person |  |  | 12.00 |
| Vac |  |  | 52.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401k ER | 59.54 | 119.08 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

IES ENGINEERS, INC.
1720 WALTON ROAD
BLUE BELL PA 19422

Direct Deposit #  1365926593
Date  10/17/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **    VOID ** VOID **

100   DD

Pay to the
Order of   LISA WALLIS
30 GALBRAITH AVENUE
NORRISTOWN PA 19403

DIRECT DEPOSIT $3,085.69
TO ACCOUNT #  XXXXXX4943
BANK #        XXXXXX6110

N O N - N E G O T I A B L E