United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-14140-amc

Lisa R. Wallis                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 4

Date Rcvd: Apr 01, 2026                      Form ID: 155                         Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa R. Wallis, 30 Galbraith Ave, Norristown, PA 19403-3043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15068886 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 02 2026 01:00:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 15061488 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 01:04:38 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15061596 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 02 2026 01:00:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15060091 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 02 2026 01:00:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 15060092 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 02 2026 01:00:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15078710 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 02 2026 01:00:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15060093 | + Email/PDF: MarletteBKNotifications@resurgent.com | Apr 02 2026 01:04:41 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15060094 | + Email/PDF: MarletteBKNotifications@resurgent.com | Apr 02 2026 01:04:48 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15060095 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2026 01:04:58 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15060096 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2026 01:04:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15060097 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 02 2026 01:00:00 | Citadel Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 15067921 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 02 2026 01:00:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 15060098 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 02 2026 01:00:00 | Citadel Credit Union, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 15060099 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2026 01:04:42 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15060100 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2026 01:05:03 | Citibank, Po Box 6217, Sioux Falls, SD |

District/off: 0313-2                     User: admin                                Page 2 of 4

Date Rcvd: Apr 01, 2026                  Form ID: 155                               Total Noticed: 46

|  |  |  |  |
|---|---|---|---|
|  |  |  | 57117-6217 |
| 15082909 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Apr 02 2026 01:04:42 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15060101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Apr 02 2026 01:04:42 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15060102 |  | Email/Text: mrdiscen@discover.com | |
|  |  | Apr 02 2026 01:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15060103 | + | Email/Text: mrdiscen@discover.com | |
|  |  | Apr 02 2026 01:00:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15060105 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
|  |  | Apr 02 2026 01:00:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15060104 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
|  |  | Apr 02 2026 01:00:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 15079684 |  | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Apr 02 2026 01:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15103124 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 02 2026 01:05:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15070314 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Apr 02 2026 01:04:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15060115 |  | Email/Text: EBN@Mohela.com | |
|  |  | Apr 02 2026 01:00:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15060106 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
|  |  | Apr 02 2026 01:00:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15060107 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
|  |  | Apr 02 2026 01:00:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15060108 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Apr 02 2026 01:04:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15060109 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
|  |  | Apr 02 2026 01:04:39 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15072297 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 02 2026 01:04:42 | Onboard Partners Investment 4 Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064245 | ^ | MEBN | |
|  |  | Apr 02 2026 00:55:18 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15060112 |  | Email/Text: ProsperBK@prosper.com | |
|  |  | Apr 02 2026 01:00:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105 |
| 15060111 | + | Email/PDF: ebnotices@pnmac.com | |
|  |  | Apr 02 2026 01:05:03 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15060110 | + | Email/PDF: ebnotices@pnmac.com | |
|  |  | Apr 02 2026 01:05:03 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15075262 | + | Email/PDF: ebnotices@pnmac.com | |
|  |  | Apr 02 2026 01:05:03 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15060113 | + | Email/Text: ProsperBK@prosper.com | |
|  |  | Apr 02 2026 01:00:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 15071699 | + | Email/Text: bncmail@w-legal.com | |
|  |  | Apr 02 2026 01:00:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15082903 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Apr 02 2026 01:00:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-2 | User: admin | Page 3 of 4

Date Rcvd: Apr 01, 2026 | Form ID: 155 | Total Noticed: 46

| | | | |
|---|---|---|---|
| 15060114 | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 02 2026 01:01:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 15082060 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 01:05:02 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15102923 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 01:05:02 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15072298 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 01:04:42 | Sofi Bank, N.A. (F.K.A. Golden Pacific Bank, N.A.), Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15060116 | + Email/PDF: SoFiBKNotifications@resurgent.com | Apr 02 2026 01:05:00 | Sofi Lending Corp/MOHELA, Po Box 654081, Dallas, TX 75265-4081 |
| 15060117 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 01:04:57 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15060118 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 01:04:39 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15103126 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15119414 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064823 | *+ | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15085124 | *+ | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Lisa R. Wallis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |

District/off: 0313-2                              User: admin                                    Page 4 of 4
Date Rcvd: Apr 01, 2026                          Form ID: 155                                   Total Noticed: 46

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Lisa R. Wallis | ) | Case No. 25−14140−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 31, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court