UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 25-14140-AMC-13

Lisa R. Wallis                                                                                    Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 25-14140-AMC-13

Lisa R. Wallis                                                                            Chapter 13

    Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 27, 2026 :

PAUL H YOUNG                          Kenneth E West
3554 Hulmeville Rd.                   Office of the Chapter 13 Standing Trustee
Ste 102                              190 N. Independence Mall West, Suite 701
Bensalem, PA 19020                    Philadelphia, PA 19106


By /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx59574 / 1121416